# EXHIBIT A

Filing # 231499394 E-Filed 09/13/2025 11:05:21 PM

# IN THE COUNTY COURT OF ORANGE COUNTY, FLORIDA

## SMALL CLAIMS DIVISION

Michael D'Angelo Austin,

*Plaintiff,*

Case No.: _____

*v.*

Experian Information Solutions, Inc.;

Equifax Information Services, LLC;

ChexSystems, Inc.;

El Dorado Resorts, LLC,

*Defendants,*

## COMPLAINT AND DEMAND FOR RELIEF

### I. JURISDICTION AND VENUE

1. This Court has jurisdiction under Florida Small Claims Rule 7.010 and Chapter 34, Florida Statutes.

2. Venue is proper in Orange County, Florida, where Plaintiff resides and where Defendants conduct business.

### II. PARTIES

3. Plaintiff, Michael D'Angelo Austin, is a natural person and consumer residing in Orange County, Florida.

4. Defendant Experian Information Solutions, Inc. is a consumer reporting agency ("CRA") under 15 *U.S.C.* §1681a(f).

5. Defendant Equifax Information Services, LLC is a consumer reporting agency under 15 *U.S.C.* §1681a(f).

6. Defendant ChexSystems, Inc. is a consumer reporting agency under 15 *U.S.C.* §1681a(f).

7. Defendant El Dorado Resorts, LLC is a furnisher of consumer information subject to 15 *U.S.C.* §1681s-2.

## III. FACTUAL ALLEGATIONS

8. Plaintiff is a documented victim of identity theft, supported by a police report and FTC Identity Theft Report (Exhibits A & B).

8A. Plaintiff is also a documented victim of human trafficking as defined under 15 *U.S.C.* §1681c-3. Plaintiff has submitted sworn affidavits attesting to this status, together with police reports and FTC reports, since June 2025. Defendants were therefore obligated to block the fraudulent tradelines under both FCRA §605B and §605C.

9. Plaintiff submitted sworn affidavits and proper disputes to Defendants, placing them on notice of fraudulent tradelines. This includes affidavits specifically identifying Plaintiff as a victim of human trafficking, and one affidavit detailing El Dorado Resorts' coercion and fraudulent mortgage reporting (Exhibit C-2). Despite receipt of these affidavits, Defendants failed to block the fraudulent accounts as required under FCRA §§605B and 605C.

### El Dorado's False Mortgage Reporting

10. Experian and Equifax continue to publish a tradeline from El Dorado Resorts that is falsely labeled as a mortgage loan. El Dorado holds no NMLS license and has no lawful basis to report a mortgage account. This constitutes fraudulent reporting and misrepresentation under FCRA §623, and Experian's publication of this information further violates its duty of maximum possible accuracy under §607(b). (Exhibits D & G).

11. Equifax: Equifax denied Plaintiff's disputes and CFPB complaint, refusing to block despite receipt of the same police and FTC reports, and demanding extra-statutory "victim determination" documents not required by FCRA §605B or §605C (Exhibit E).

12. ChexSystems: ChexSystems likewise denied Plaintiff's disputes and CFPB complaint, ignoring sworn affidavits and demanding unnecessary documentation, in violation of FCRA §605B and §605C (Exhibit F).

13. El Dorado Resorts, LLC: continues to furnish false tradeline data to Experian and Equifax, misrepresenting itself as a mortgage lender and reporting Plaintiff as 180+ days delinquent on a fraudulent account (Exhibit G).

14. In addition, when Plaintiff submitted a complaint about El Dorado Resorts to the Consumer Financial Protection Bureau (CFPB), the CFPB was unable to forward the complaint and instead referred it to the Federal Trade Commission (FTC). This demonstrates that El Dorado is not properly registered as a furnisher within the CFPB system, yet continues to supply mortgage tradeline data to Experian and Equifax (Exhibit I).

15. TransUnion: In contrast, another CRA (TransUnion) complied with FCRA §605C and promptly blocked the same fraudulent accounts upon receipt of Plaintiff's police report and FTC affidavit (Exhibit H). This demonstrates that compliance is straightforward when the law is followed, and highlights Defendants' willful failure.

16. As a direct result of Defendants' actions, Plaintiff has suffered credit denials, reputational harm, and emotional distress.

## IV. CLAIMS FOR RELIEF

17. Experian attempted to evade compliance by first issuing only an online portal notification stating that Plaintiff's dispute had been "stopped" on July 25, 2025 (Exhibit J-1). Shortly thereafter, on July 28, 2025, Experian issued a denial letter stating that Plaintiff had not provided "victim determination documentation" and that his identity could not be confirmed, despite receipt of his police report, FTC Identity Theft Reports, notarized affidavits, and supporting identification (Exhibit J-2).

18. On August 25, 2025, Experian issued a "Final Determination" letter, again refusing to block the accounts and citing multiple alleged deficiencies, including failure to confirm identity, lack of victim documentation, and inability to identify adverse items (Exhibit J-3). These denials directly contravene FCRA §605C, which requires CRAs to block adverse items related to human trafficking victims within 4 business days of receipt of sufficient documentation. Plaintiff had already provided more than what the law requires.

### Count I – Experian (FCRA §§605B, 605C, and §607(b))

17. Plaintiff re-alleges paragraphs 1–16.

18. Experian failed to block fraudulent tradelines within four business days of receiving Plaintiff's identity theft report, in violation of 15 *U.S.C.* §1681c-2. Defendant's refusal

also violated 15 *U.S.C.* §1681c-3 (FCRA §605C), which mandates blocking of adverse information relating to human trafficking victims.

19. Experian negligently and willfully failed to assure maximum possible accuracy by continuing to publish false information, in violation of 15 *U.S.C.* §1681e(b).

**Count II – Equifax (FCRA §§605B, 605C, and §607(b))**

20. Plaintiff re-alleges paragraphs 1–16.

21. Equifax failed to block fraudulent tradelines within four business days, in violation of 15 *U.S.C.* §1681c-2. Defendant's refusal also violated 15 *U.S.C.* §1681c-3 (FCRA §605C), which mandates blocking of adverse information relating to human trafficking victims.

22. Equifax negligently and willfully continued to report false information, in violation of 15 *U.S.C.* §1681e(b).

**Count III – ChexSystems (FCRA §§605B, 605C, and §607(b))**

23. Plaintiff re-alleges paragraphs 1–16.

24. ChexSystems failed to block fraudulent tradelines within four business days, in violation of 15 *U.S.C.* §1681c-2. Defendant's refusal also violated 15 *U.S.C.* §1681c-3 (FCRA §605C), which mandates blocking of adverse information relating to human trafficking victims.

25. ChexSystems negligently and willfully continued to report false information, in violation of 15 *U.S.C.* §1681e(b).

**Count IV – El Dorado Resorts, LLC (FCRA §623)**

26. Plaintiff re-alleges paragraphs 1–16.

27. El Dorado knowingly furnished false information, including reporting Plaintiff as delinquent on a fraudulent mortgage tradeline, in violation of 15 *U.S.C.* §1681s-2.

28. El Dorado failed to conduct a reasonable investigation and continued furnishing false information after notice.

29. El Dorado is not even properly registered with the CFPB for dispute resolution, as evidenced by the CFPB's referral of Plaintiff's complaint to the FTC (Exhibit I), further demonstrating its unlawful status as a furnisher.

## V. DAMAGES

30. Plaintiff has suffered actual damages, including financial injury, credit denials, reputational harm, and emotional distress.

31. Plaintiff is entitled to statutory damages, actual damages, and costs under 15 *U.S.C.* §§1681n and 1681o.

### PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff respectfully requests judgment against Defendants Experian, Equifax, ChexSystems, and El Dorado Resorts, LLC, jointly and severally, and requests that this Court order:

- Immediate deletion and/or permanent blocking of all disputed tradelines furnished by El Dorado Resorts, LLC and published by Experian, Equifax, and ChexSystems, pursuant to 15 *U.S.C.* §1681c-2 and §1681s-2;

- An order specifically directing deletion of the El Dorado Resorts "mortgage" tradeline, which was furnished without lawful basis by a non-licensed entity;

- An order declaring that Defendants' refusal to accept Plaintiff's sworn affidavits and trafficking documentation violates FCRA §605C;

- Statutory and actual damages up to $8,000, jointly and severally against all Defendants;

- Costs of this action; and

- Such further relief as the Court deems just and proper.

Respectfully submitted this _13th_ day of September, 2025.

Michael D'Angelo Austin

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail and/or certified mail to the following Defendants on this _13th_ day of _September_, 2025:

**Experian Information Solutions, Inc.**
CT Corporation System
1200 South Pine Island Road
Plantation, FL 33324

**ChexSystems, Inc.**
Attn: Consumer Relations
P.O. Box 583399
Minneapolis, MN 55458

**Equifax Information Services, LLC**
Corporation Service Company (CSC)
1201 Hays Street
Tallahassee, FL 32301

**El Dorado Resorts, LLC**
Frank Utset – Eldorado Resorts
2626 E Oakland Blvd. 6th Flr.
Fort Lauderdale, FL 33306

**Michael D'Angelo Austin**

Filing # 231499394 E-Filed 09/13/2025 11:05:21 PM

# Exhibit Binder

### *Michael D'Angelo Austin v. Experian, Equifax, ChexSystems, and El Dorado Resorts*

# Exhibit Index and Covers

| Exhibit | Description |
| --- | --- |
| Exhibit A | Police Report (Identity Theft / Trafficking) |
| Exhibit B-1 | Initial FTC Identity Theft Report (July 2025) |
| Exhibit B-2 | Notarized FTC Identity Theft Report (July 27, 2025) |
| Exhibit B-3 | FTC Identity Theft Report Summary Table (June–July 2025) |
| Exhibit C-1 | Initial Affidavit of Identity Theft and Human Trafficking (June 19, 2025) |
| Exhibit C-2 | Affidavit Detailing El Dorado Coercion and Fraudulent Mortgage Reporting (July 28 2025) |
| Exhibit C-3 | Escalation Affidavit, Formal Notice under FCRA §§605B/605C (July 28, 2025) |
| Exhibit D | Experian Online Denial Screenshot (supporting capture) |
| Exhibit E | Equifax CFPB Denial Letter |
| Exhibit F | ChexSystems CFPB Denial Letter |
| Exhibit G | IdentityIQ Screenshot of El Dorado Resorts "Mortgage" Tradeline |
| Exhibit H | TransUnion Compliance Letter |
| Exhibit I | CFPB Referral Screenshot |
| Exhibit J-1 | Experian Portal Notification – "Dispute Investigation Stopped" (July 25, 2025) |
| Exhibit J-2 | Experian Denial Letter – Failure to Provide Victim Documentation (July 28, 2025) |
| Exhibit J-3 | Experian Final Determination Letter – Denial under FCRA §605C (August 25, 2025) |

**<u>Exhibit A – Police Report (Identity Theft / Trafficking)</u>**

ORANGE COUNTY SHERIFF'S OFFICE SUMMARY INCIDENT REPORT

**REPORT NUMBER: 25E-416783**



## INCIDENT INFORMATION

| INCIDENT | INCIDENT TYPE | INITIA SUPP | X | DATE/TIME STARTED | DATE/TIME ENDED | DATE/TIME |
|---|---|---|---|---|---|---|
| 817.568(2)(A) | FRAUD. USE OF PERSONAL | | | 10/01/2013 12:00 AM | 05/31/2025 12:00 AM | 06/08/2025 02:24 PM |

| REPORT FILED FROM | TRACKING NUMBER | LOCATION OF OCCURRENCE | APPROVED BY: |
|---|---|---|---|
| *** | T25007035 | 828 SKY LAKE Circle, A, ORLANDO, FL 32809 | 8140/Barbara Pinkerton |

| LOCATION TYPE | THEFT TYPE | METHOD OF | METHOD OF EXIT | PT OF | PT OF EXIT | ENTRY LOC |
|---|---|---|---|---|---|---|
| Unknown | | | | | | |

## PERSON LISTINGS

| | TYPE | LAST NAME | | FIRST NAME | MIDDLE NAME | DOB | RACE | | SEX | DRIVER LIC NO | | LIC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | VICTI | AUSTIN | | MICHAEL | | *** | *** | | * | *** | | *** |
| 1 | | ▮▮▮▮▮▮▮ TY *** | | RESIDENT *** | EYE COLOR | HAIR COLOR | AGE | HEIGHT | WEIGHT | CELL PHONE *** | |
| | EMAIL maustin1116@gmail.com | | | RESIDENCE ADDRESS *** | | | | | HOME PHONE | |
| | EMPLOYER NAME | | | BUSINESS ADDRESS *** | | | | | WORK PHONE | |

## PROPERTY LISTINGS

| | INVL | ITEM | QUANTIT | BRAND | MODEL |
|---|---|---|---|---|---|
| | STN | Identity Documents | 18 | MULTIPLE CREDITORS | VARIOUS ACCOUNTS |
| 1 | SERIAL NO N/A | | OWNER APPLIED NO | COLOR | MKT VALUE $ 200000.00 | DMG VALUE $ |
| | DESCRIPTION MULTIPLE FRADULENT CREDIT & LOAN ACCOUNTS OPENED USING PERSONAL INFO. | | | | | |

## NARRATIVE

I am filing this report to document identity misuse and financial exploitation that occurred while I was a victim of human trafficking. For nearly 13 years, I endured constant abuse and manipulation, surviving under threats, fear, and isolation. I was kept from escaping or protecting myself. During this time, I was subjected to physical and psychological abuse, coercion, and drug use that impaired my ability to make decisions. I was manipulated into signing documents and sharing personal information that led to multiple credit, loan, and collection accounts being opened in my name. I was not in a position to give informed consent, and these accounts were established under coercion, abuse, and control. I am submitting this report as documentation of financial exploitation tied to trafficking, in support of having these accounts removed from my credit reports under Section 605C of the Fair Credit Reporting Act (FCRA).Equifax:Kia Motor Finance – 5/22 – x7974Ally Financial – 4/22 – x4885Citi Cards – 3/22 – N/AFirst Premier – 3/17 – x2521First Premier – 2/16 – x0248First Premier – 2/16 – x1642Jefferson Capital – 8/27/24 – x2986Dept. of Ed. (9/24, 6/24, 10/14, 10/13) – x9679, x9779, x4079, x4179, x7979, x8079, x7779, x7879, x8179Experian:Amex – 5/22 – N/AKia Motor – 5/22 – 2022Ally – 4/22 – 2280Eldorado Res. – 10/21 – 7884ATT Mobility – 12/18/24 – 1754Dept. of Ed. (9/24, 6/24, 10/14, 10/13) – 9000*TransUnion:Amex – 5/22 – x3873Ally – 4/22 – x4885ATT Mobility – 12/18/24 – x1408Dept. of Ed. (9/24, 6/24, 10/14, 10/13) – x9679, x9779, x4079, x4179, x7979, x8079, x7779, x7879, x8179

I am not willing to prosecute.

**Exhibit B-1 – Initial FTC Identity Theft Report**
(July 2025)

FEDERAL TRADE COMMISSION

# Identity Theft Report



I am a victim of Identity theft. This is my official statement about the crime.

## Contact Information

| First Name | Middle Name | Last Name |
|---|---|---|
| MICHAEL | D | AUSTIN |

| Address | Phone | Email |
|---|---|---|
| 828 SKYLAKE CIR , A<br>ORLANDO , FL 32809<br>USA | 310-956-5320 | maustin1116@gmail.com |

## Personal Statement

I am a victim of Human Trafficking and Identity Theft. During this time I was under coercion and manipulation. Several accounts were opened in my name without my informed consent. I did not authorize these accounts, did not benefit from them and was not in a position to act freely or protect my personal information. I am now working to recover my identity and repair the damage caused during this period of exploitation. I am submitting this statement as part of my formal Identity Theft Report to request the blocking and deletion of all fraudulent activity associated with this abuse.

## Accounts Affected by the Crime

### Credit Card Opened by the Thief

| Company or Organization: | CITI CARDS |
|---|---|
| Account Number: | ██████ |

| Date fraud began: | Date that I discovered it: | Total fraudulent amount: |
|---|---|---|
| 3/2022 | 8/2024 | $ 2633 |

### Credit Card Opened by the Thief

| Company or Organization: | AMERICAN EXPRESS |
|---|---|
| Account Number: | ██████ |

| Date fraud began: | Date that I discovered it: | Total fraudulent amount: |
|---|---|---|
| 5/2022 | 8/2024 | $ 5700 |

### Fraudulent Auto Loan or Lease

| Company or Organization: | KIA FINANCE AMERICA |
|---|---|
| Account Number: | ██████ |

| Date fraud began: | Date that I discovered it: | Total fraudulent amount: |
|---|---|---|
| 5/2022 | 8/2024 | $ 50039 |

### Fraudulent Auto Loan or Lease

| Company or Organization: | ALLY FINANCIAL |
|---|---|

7/9/25, 2:56 PM                                    IDTheftReport_189896577.pdf

| Account Number: | ▮▮▮▮▮ | |
|---|---|---|
| Date fraud began | Date that I discovered it | Total fraudulent amount |
| 4/2022 | 8/2024 | $ 37745 |

**Fraudulent Auto Loan or Lease**

| Company or Organization: | JEFFERSON CAPITAL SYST | |
|---|---|---|
| Account Number: | ▮▮▮▮ | |
| Date fraud began | Date that I discovered it | Total fraudulent amount |
| 8/2024 | 8/2024 | $ 14204 |

**Fraudulent Information on Credit Reports**

| Accounts or Charges | Yes, fraudulent accounts or charges appear on my credit report |
|---|---|
| Credit Inquiries | ALLY FINANCIAL, AMEX, CENTRAL RESEARCH INC/D |

---

Under penalty of perjury, I declare this information is true and correct to the best of my knowledge.

I understand that knowingly making any false statements to the government may violate federal, state, or local criminal statutes, and may result in a fine, imprisonment, or both.

**MICHAEL D AUSTIN**
MICHAEL D AUSTIN

**7/9/2025**
Date

Use this form to prove to businesses and credit bureaus that you have submitted an FTC Identity Theft Report to law enforcement. Some businesses might request that you also file a report with your local police.

7/10/25, 9:55 AM                                    IDTheftReport_189696577.pdf

FEDERAL TRADE COMMISSION
# Identity Theft Report



I am a victim of Identity theft. This is my official statement about the crime.

## Contact Information

| First Name: | Middle Name: | Last Name: |
|---|---|---|
| MICHAEL | D | AUSTIN |

| Address: | Phone: | Email: |
|---|---|---|
| 828 SKYLAKE CIR , A ORLANDO , FL 32809 USA | 310-956-5320 | maustin1116@gmail.com |

## Personal Statement

I am a victim of Human Trafficking and Identity Theft. During this time I was under coercion and manipulation. Several accounts were opened in my name without my informed consent. I did not authorize these accounts, did not benefit from them and was not in a position to act freely or protect my personal information. I am now working to recover my identity and repair the damage caused during this period of exploitation. I am submitting this statement as part of my formal Identity Theft Report to request the blocking and deletion of all fraudulent activity associated with this abuse.

## Accounts Affected by the Crime

### Fraudulent Real Estate Loan

| Company or Organization: | ELDORADO RESORTS CORP |
|---|---|
| Account Number: | ███ |

| Date fraud began: | Date that I discovered it: | Total fraudulent amount: |
|---|---|---|
| 10/2022 | 12/2024 | $ 9397 |

### Fraudulent Federal Student Loan

| Company or Organization: | DEPTEDNELNET |
|---|---|
| Account Number: | ████D |

| Date fraud began: | Date that I discovered it: | Total fraudulent amount: |
|---|---|---|
| 9/2024 | 12/2024 | $ 3762 |

### Fraudulent Federal Student Loan

| Company or Organization: | DEPTEDNELNET |
|---|---|
| Account Number: | ████2 |

| Date fraud began: | Date that I discovered it: | Total fraudulent amount: |
|---|---|---|
| 6/2024 | 12/2024 | $ 8589 |

### Fraudulent Federal Student Loan

| Company or Organization: | DEPTEDCRI |
|---|---|

IDTheftReport_189696577.pdf

| Account Number: | ▮▮▮▮▮▮ |
|---|---|

| Date fraud began: | Date that I discovered it | Total fraudulent amount |
|---|---|---|
| 10/2013 | 12/2024 | $ 20083 |

**Fraudulent Mobile Phone Account**

| Company or Organization: | I C SYSTEM Original Creditor 11 ATT MOBILITY |
|---|---|
| Account Number: | ▮▮▮▮ |

| Date fraud began: | Date that I discovered it | Total fraudulent amount |
|---|---|---|
| 12/2024 | 12/2024 | $ 3165 |

**Fraudulent Information on Credit Reports**

| Accounts or Charges | Yes, fraudulent accounts or charges appear on my credit report |
|---|---|
| Credit Inquiries | ALLY FINANCIAL, AMEX, CENTRAL RESEARCH INC/D |

**Under penalty of perjury, I declare this information is true and correct to the best of my knowledge.**

I understand that knowingly making any false statements to the government may violate federal, state, or local criminal statutes, and may result in a fine, imprisonment, or both.

**MICHAEL D AUSTIN**                                7/10/2025
MICHAEL D AUSTIN                                    Date

Use this form to prove to businesses and credit bureaus that you have submitted an FTC Identity Theft Report to law enforcement. Some businesses might request that you also file a report with your local police.

**Exhibit B-2 – Notarized FTC Identity Theft Report**
(July 27, 2025)



FEDERAL TRADE COMMISSION

# Identity Theft Report

**FTC Report Number:**
189696577

I am a victim of identity theft. This is my official statement about the crime.

## Contact Information

| First Name: | Middle Name: | Last Name: |
|---|---|---|
| MICHAEL | D | AUSTIN |

| Address: | Phone: | Email: |
|---|---|---|
| 828 SKYLAKE CIR , A ORLANDO , FL 32809 USA | 310-956-5320 | maustin1116@gmail.com |

## Personal Statement

I am a victim of Human Trafficking and Identity Theft. During this time I was under coercion and manipulation. Several accounts were opened in my name without my informed consent. I did not authorize these accounts, did not benefit from them and was not in a position to act freely or protect my personal information. I am now working to recover my identity and repair the damage caused during this period of exploitation. I am submitting this statement as part of my formal Identity Theft Report to request the blocking and deletion of all fraudulent activity associated with this abuse.

## Accounts Affected by the Crime

### Other Identity Theft

| Company or Organization: | EXPERIAN |
|---|---|
| Date that I discovered it: | Total fraudulent amount: |
| 10/2021 | $ 0 |

### Other Identity Theft

| Company or Organization: | EQUIFAX |
|---|---|
| Date that I discovered it: | Total fraudulent amount: |
| 10/2021 | $ 0 |

### Other Identity Theft

| Company or Organization: | CHEXSYSTEMS |
|---|---|
| Date that I discovered it: | Total fraudulent amount: |
| 10/2021 | $ 0 |

### Other Identity Theft

| Company or Organization: | ELDORADO RESORTS CORP |
|---|---|
| Date that I discovered it: | Total fraudulent amount: |
| 10/2021 | $ 0 |

| Other Identity Theft: | |
|---|---|
| Company or Organization: | DEPT OF EDU NELNET CRI |

| Date that I discovered it: | Total fraudulent amount: |
|---|---|
| 10/2021 | $ 0 |

**Fraudulent Information on Credit Reports**

| Accounts or Charges | Yes, fraudulent accounts or charges appear on my credit report |
|---|---|
| Credit inquiries | ALLY FINANCIAL, AMEX, CENTRAL RESEARCH INC/D |

---

Under penalty of perjury, I declare this information is true and correct to the best of my knowledge.

I understand that knowingly making any false statements to the government may violate federal, state, or local criminal statutes, and may result in a fine, imprisonment, or both.

**MICHAEL D AUSTIN**          7/27/2025
MICHAEL D AUSTIN              Date

Use this form to prove to businesses and credit bureaus that you have submitted an FTC Identity Theft Report to law enforcement. Some businesses might request that you also file a report with your local police.

Michael D. Austin (Affiant)
Date: __7/28/25__

**STATE OF FLORIDA, COUNTY OF ORANGE**
    Sworn to or affirmed before me this 28th day of July, 2025, by Michael D. Austin, who is personally known to me or has produced FL DL A231-434-39-000 . as identification.

Notary Public – State of Florida
My Commission Expires: 09/20/2027

Notary Public State of Florida
Khusbuben Patel
My Commission HH 445755
Expires 9/20/2027

**Exhibit B-3 – FTC Identity Theft Report Summary Table (June–July 2025)**

# Exhibit B-3 – Summary of FTC Identity Theft Reports Filed

The following table summarizes the FTC Identity Theft Reports filed by Plaintiff, demonstrating repeated and consistent notice to Defendants of identity theft and trafficking-related fraud.

| FTC Report # | Date Filed | Notarized | Key Accounts Listed |
|---|---|---|---|
| ███████ | 07/09/2025 | No | Citi Cards, American Express, Kia Finance, Ally Financial, Jefferson Capital |
| 189696577 | 07/10/2025 | No | El Dorado Resorts Corp, Dept of Edu., AT&T Mobility |
| 189696577 | 07/16/2025 | No | Fairwinds Credit Union, Ally Financial |
| 189696577 | 07/23/2025 | No | Experian, Equifax, ChexSystems, El Dorado Resorts |
| 189696577 | 07/27/2025 | Yes | Dept of Education, El Dorado Resorts, Amex, Citi, Kia Finance, Ally Financial |

*Additional FTC report updates were transmitted on 7/23/25 and 7/27/25; however, the reports produced by IdentityTheft.gov for those dates were duplicative under the same FTC case number (189696577) and are not separately attached.*

**Exhibit C-1 – Initial Affidavit of Identity Theft and Human Trafficking**
(June 19, 2025)

## Affidavit of Identity Theft Related to Human Trafficking

I, **MICHAEL AUSTIN**_____, declare under penalty of perjury that I am a victim of human trafficking and coercion.

The accounts listed in the attached summary are directly related to my trafficking experience and the prolonged coercion I endured.

I am requesting that these accounts be permanently removed from my credit reports under **Section 605B of the Fair Credit Reporting Act (FCRA)**.

I have included a police report, supporting letters, and a full summary of the impacted accounts as part of this affidavit package.

Signature

6-19-25

Date

Notary Public Use Only

State of **Florida**

County of **Orange**

Subscribed and sworn before me on this 19th day of **June**, 20 **25**.

Notary Public Signature and Seal

Notary Public State of Fi...
Khusbuben Pa...
My Commission H... 4...
Expires 9/20/2027

## Exhibit C-2 – Affidavit Detailing El Dorado Coercion and Fraudulent Mortgage Reporting
### (July 28, 2025)

**Michael Austin**
**828 Sky Lake Circle Apt. A**
**Orlando, FL 32809**

**July 28, 2025**

### AFFIDAVIT #3 | Submitted Under FCRA §§ 605B, 605C, 605A and NRS 598 / NRS Chapter 116

**I, Michael Austin, affirm the following under penalty of perjury;** In 2021, under conditions consistent with human trafficking, I was coerced into signing a contract with Eldorado Resorts (dba Grandview Las Vegas). I did not have the capacity to consent, nor was I informed of the binding financial obligations. This contract constitutes fraudulent inducement and violates both Nevada deceptive trade statutes (NRS 598) and real estate consumer protections under NRS Chapter 116.

Despite multiple efforts to resolve the matter, Eldorado Resorts has continued to:
- Demand payment for a contract signed under duress
- Harass me through collections despite notice of trafficking
- Report this account to Experian and other CRAs as "90 days late"
- Cause Experian to re-report the tradeline during an active credit freeze
- Violate FCRA §§ 605B, 605C, and 605A

These actions have retraumatized me and obstructed my legal right to financial recovery.

I am requesting immediate intervention by the Nevada Real Estate Division and documenting these ongoing violations for escalation to the Consumer Financial Protection Bureau (CFPB), the Department of Justice (DOJ), and relevant Attorneys General.

***This affidavit supplements my ongoing federal and state complaints regarding systemic mishandling of survivor protections.***

**Michael Austin**

_____
Signature of Affiant                        7/28/25
                                            ‾‾‾‾‾‾‾‾‾
                                            Date

Notary Public State of Florida
Khusbuben Patel
My Commission HH 4457
Expires 9/20/2027

NOTARY USE ONLY:

State of Florida
County of Orange

Subscribed and sworn before me on this 28th day of July, 2025.

_____            _____
**Name of Notarial Officer (Notary Public)**      **Signature of Notarial Officer (Notary Public)**

## Exhibit C-3 – Escalation Affidavit, Formal Notice Under FCRA
§§605B/605C
(July 28, 2025)

Michael Austin
828 Sky Lake Circle Apt. A
Orlando, FL 32809

July 28, 2025

## AFFIDAVIT #4 | Submitted Under FCRA §§ 605B, 605C, 605A and NRS 598 / NRS Chapter 116

I, **Michael Austin**, submitted a formal dispute and block request under the Fair Credit Reporting Act (FCRA) Section 605C on June 19, 2025, through the Consumer Financial Protection Bureau (CFPB), against the following credit reporting agencies:

- Experian
- Equifax
- TransUnion

As a documented victim of human trafficking, I provided all legally required documentation including a sworn affidavit, a police report, and supporting materials. The law mandates that the credit bureaus block the reporting of all items related to this identity misuse within **4 business days** of receiving the request.

As of the date of this statement, I have not received a legally sufficient or meaningful response from the listed agencies. These credit reporting agencies are now in direct violation of **FCRA Section 605C**.

I am formally notifying all parties that this matter is being escalated to:
- State Attorneys General
- The Department of Justice (DOJ)
- Congressional oversight offices
- Additional legal and regulatory bodies as necessary

*I reserve the right to pursue legal action for continued harm caused by these unlawful reporting practices.*

Respectfully,

Michael Austin

_____
Signature of Affiant

7/28/25
_____
Date

Notary Public State of Florida
Khusbuben Patel
My Commission HH 445755
Expires 9/20/2027

**NOTARY USE ONLY:**

State of Florida
County of Orange

Subscribed and sworn before me on this 28th day of July, 2025.

_____
Name of Notarial Officer (Notary Public)

_____
Signature of Notarial Officer (Notary Public)

**Exhibit D – Experian Denial Screenshot**

**Exhibit E – Equifax CFPB Denial Letter**

9/1/25, 9:11 PM                                          Complaint Detail

 An official website of the United States Government

**cfpb** Consumer Financial
Protection Bureau
(https://www.consumerfinance.gov/)                                    Start a new complaint

‹ All complaints (.)

# 250804-22891864
CLOSED

## ✔ Submitted

| STATUS | PRODUCT | ISSUE |
|---|---|---|
| Submitted to the CFPB on 8/4/2025 | Credit reporting or other personal consumer reports | Problem with a company's investigation into an existing problem |

### We received your complaint. Thank you.

We will review your complaint. Depending on what we find, we will typically:

- Send your complaint to the company for a response; or
- Send your complaint to another state or federal agency, or help you get in touch with your state or local consumer protection office; or
- Let you know if we need more information to continue our work.

---

**YOUR COMPLAINT**

RE # 11 I am submitting this complaint against Equifax for continued and willful noncompliance with FCRA § 605C and 12 C.F.R. § 1022.142. This is my 11th formal letter to Equifax. I have submitted notarized self-attestations, my government-issued ID, and most recently a State of Florida subpoena (Case #: 48-2023-CF-000392-O/D) confirming that I am a documented victim of coercion and trafficking during the time these accounts were opened. I have repeatedly explained that these accounts were placed while I was under financial duress and coercion, and I was not in a position to consent. This is not a reinvestigation under FCRA § 611. This is a legal demand under § 605C, which requires Equifax to block and delete the accounts within 4 business days of receiving the supporting documents. Despite being in possession of legally sufficient evidence, Equifax continues to verify and report these accounts. Their refusal to honor § 605C is retraumatizing and a willful violation of my rights as a protected consumer. I have attached the subpoena, my affidavit, ID, and the list of accounts to be blocked and deleted. I request immediate enforcement from the CFPB to compel Equifax to comply with the law and delete these accounts as required.

| ATTACHMENTS | | | | | | |
|---|---|---|---|---|---|---|
| POLICE REPORT (1).pdf (34.7 KB) | FTC.REPORT.072725.pdf (346.6 KB) | AFFADAVIT#4.pdf (34 KB) | ID.SOC.DUKE.JULY25.pdf (1.7 MB) | #10 Final Letter Equifax .pdf (125.6 KB) | SBP 1.pdf (52.7 KB) | APPLESTAR SUPPORT LETTER (3).pdf (206.7 KB) |

View full complaint ⊕

## ✔ Sent to company

**STATUS**

Sent to company on 8/4/2025

We've sent your complaint to the company, and we will let you know when they respond.

Their response should include the steps they took, or will take, to address your complaint.

Companies generally respond in 15 days. In some cases, the company will let you know their response is in progress and provide a final response in 60 days.

9/1/25, 9:11 PM                                          Complaint Detail

## Company still working

**STATUS**

Company response is in
progress as of 8/4/2025

### The company has responded that it is still working on your issue

In some cases, companies need more time to respond. You should receive a final response within 60 days from the date we sent
your complaint to the company.

---

**COMPANY'S INTERIM RESPONSE**

Equifax has received your complaint submitted through the CFPB portal. We need more time to review and
thoroughly research your submission. Once we've completed our research, we will provide an updated
response with our findings.

## Company responded

| **STATUS** | **RESPONSE TYPE** |
|---|---|
| Company responded on 8/13/2025 | Closed with explanation |

### Company's Response

We completed our review of your request to remove information from your Equifax credit file due to the
information being the result of human trafficking. Based on our review of your request and accompanying
documents, the following additional information or documentation is necessary to complete your submission
under section 605C of the Fair Credit Reporting Act and 12 C.F.R. 1022.142: Victim determination
documentation confirming that you were a victim of human trafficking, such as determinations made by
federal, state, tribal, or local governments, government agencies, or law enforcement; determinations by non-
governmental entities or task forces authorized by a governmental agency to make such a determination, a
self-attestation signed or certified by such governmental agency or non-governmental entity; or a
determination by court in a case where a central issue is whether you are a victim of human trafficking. Court
documents can be made up of several documents from the court case that together show that the court
accepted as true or found no genuine dispute that you were a victim of human trafficking. So that we can
complete processing of your request and block identified information, you need to contact us as quickly as
possible to provide the above additional information. You may do this by mailing the information to us at P.O.
Box 105874 Atlanta GA 30348 or you may call us toll free at (833) 240-3461 for more information or to learn
about other ways to get this documentation to us promptly. If you contact us by mail, please include a copy of
this letter or provide the confirmation number with your submission. We are required to resolve your request
within 25 business days of when we receive it, but we need the above required documentation in order to do
so. If we do not receive the necessary documentation specified above in time to meet that deadline, we will
have to decline and close your request. If that happens, we will notify you, and you may, of course, resubmit
your request with the necessary information and documentation. We look forward to hearing from you to
complete your request or answer questions that you may have. Thank you for the opportunity to assist you.
Equifax Information Services LLC

## Feedback requested

| **STATUS** | **FEEDBACK DUE** |
|---|---|
| Feedback requested on 8/13/2025 | 10/12/2025 |

### Provide feedback about the company's response

We welcome your feedback on how the company responded to your complaint. You will have 60 days from when the company
responded to share your feedback. The CFPB will share your feedback responses with the company and use the information to
help the CFPB's work with consumer complaints.

**Exhibit F – ChexSystems CFPB Denial Letter**

9/1/25, 9:06 PM                                     Complaint Detail

 An official website of the United States Government

 **cfpb** Consumer Financial
Protection Bureau
(https://www.consumerfinance.gov/)                              Start a new complaint

❮ All complaints (.)

# 250804-22892589
CLOSED

 **Submitted**

| STATUS | PRODUCT | ISSUE |
|---|---|---|
| Submitted to the CFPB on 8/4/2025 | Credit reporting or other personal consumer reports | Problem with a company's investigation into an existing problem |

## We received your complaint. Thank you.

We will review your complaint. Depending on what we find, we will typically:

- Send your complaint to the company for a response; or
- Send your complaint to another state or federal agency, or help you get in touch with your state or local consumer protection office; or
- Let you know if we need more information to continue our work.

---

**YOUR COMPLAINT**

RE #5 I am requesting full compliance with FCRA § 605C, including the immediate block and permanent deletion of all accounts that were opened while I was under coercion and financial control. I have provided every document required under the statute, including a subpoena, notarized affidavit, and identification. ChexSystems has no lawful basis to continue reporting these accounts. The only lawful and fair resolution is complete removal of these accounts within 4 business days of receipt.

**ATTACHMENTS**

| ID.SOC.DUKE.JULY25.pdf (1.7 MB) | APPLESTAR SUPPORT LETTER (3).pdf (206.7 KB) | AFFADAVIT#4.pdf (34 KB) | SBP 1.pdf (52.7 KB) | #4 Final Letter ChexSystems.pdf (127.2 KB) | FTC.REPORT.072725.pdf (346.6 KB) | POLICE REPORT (1).pdf (34.7 KB) |

View full complaint ⊕

 **Sent to company**

STATUS
Sent to company on
8/4/2025

We've sent your complaint to the company, and we will let you know when they respond.

Their response should include the steps they took, or will take, to address your complaint.

Companies generally respond in 15 days. In some cases, the company will let you know their response is in progress and provide a final response in 60 days.

Complaint Detail

 **Company responded**

| STATUS | RESPONSE TYPE |
|---|---|
| Company responded on 8/11/2025 | Closed with explanation |

### Company's Response

Chex Systems, Inc. (ChexSystems) has reviewed the complaint filed by Michael Austin. Our records indicate that ChexSystems has previously received communication directly from the consumer that was of the same nature as the complaint which was received on 07/19/2025 via the secure consumer portal. The communication did not include sufficient documentation required for ChexSystems to complete Mr. Austin's request for a block of information resulting from human trafficking. A letter was sent to request that Mr. Austin provide trafficking documentation in the form of any letter, report, or other type of documentation that includes a determination of human trafficking made by a Federal, State or Tribal government entity, a court of competent jurisdiction, a non-governmental organization or a member of a human trafficking task force, including victim service providers affiliated with such organizations or task forces that are authorized to make such a determination, or a self-certifying statement signed by a member of any such entities. Our records also indicate that ChexSystems has received a BBB complaint from the consumer which included the same supporting documents attached to this complaint. The information Mr. Austin identified that was included in the consumer' file at ChexSystems has been removed from the consumer's file based on our research and the supporting documentation that was provided through a BBB complaint on 07/26/2025. ChexSystems sent a letter to notify the consumer that the information has been removed and to provide an updated consumer disclosure report. The additional items listed in the supporting documents are not included in the consumer's file at ChexSystems. Mr. Austin's complaint attachments also referenced Equifax, Experian and TransUnion. We can only suggest that Mr. Austin contact Equifax, Experian and TransUnion directly regarding that information.

**Feedback requested**

| STATUS | FEEDBACK DUE |
|---|---|
| Feedback requested on 8/11/2025 | 10/10/2025 |

### Provide feedback about the company's response

We welcome your feedback on how the company responded to your complaint. You will have 60 days from when the company responded to share your feedback. The CFPB will share your feedback responses with the company and use the information to help the CFPB's work with consumer complaints.

Submit your feedback

**Closed**

The CFPB has closed your complaint.

---

Privacy Act Statement

OMB #3170-0011

Note on user experience

Have a question? ¿Preguntas?

(855) 411-2372

TTY/TTD: (855) 729-2372

8 a.m. to 8 p.m. ET, Monday through Friday (except federal holidays). (https://www.opm.gov/policy-data-oversight/pay-leave/federal-holidays/#url=Overview)

More than 180 languages available.

**Exhibit G – IdentityIQ Screenshot of El Dorado Resorts "Mortgage" Tradeline**

← 🔒 member.identityiq.com/CreditReport.aspx

## Account History

( Back to Top ↑ )

Information on accounts you have opened in the past is displayed below.

**ELDORADO RESORTS CORP**

|  | TransUnion | Experian | Equifax |
|---|---|---|---|
| Account #: |  | ■■■ *** |  |
| Account Type: |  | Mortgage |  |
| Account Type - Detail: |  | Conventional real estate mortgage |  |
| Bureau Code: |  | Individual |  |
| Account Status: |  | Open |  |
| Monthly Payment: |  | $177.00 |  |
| Date Opened: |  | 10/01/2021 |  |
| Balance: |  | $9,397.00 |  |
| No. of Months (terms): |  | 0 |  |
| High Credit: |  | $9,863.00 |  |
| Credit Limit: |  | $0.00 |  |
| Past Due: |  | $5,844.00 |  |
| Payment Status: |  | Late 180 Days |  |
| Last Reported: |  | 05/31/2025 |  |
| Comments: |  | - |  |
| Date Last Active: |  | 02/01/2023 |  |
| Date of Last Payment: |  | 10/31/2022 |  |

## Two-Year payment history

( Legend )

Month    M A M F J D N O S A J J M A M F J D N O S A J J

‹  ›

**Exhibit H – TransUnion Compliance Letter**

\*\*\* 448167562-045 \*\*\*
TransUnion LLC
PO Box 805
Woodlyn, PA 19094-0805



07/29/2025

PM71CR00100819-I018733-243633042

MICHAEL D'ANGELO AUSTIN
828 SKY LAKE CIR APT A
ORLANDO, FL 32809-7142

Dear MICHAEL D'ANGELO AUSTIN,

**Re: Human Trafficking – Request Closed**

We appreciate you taking the time to contact us at TransUnion. Our goal is to maintain complete and accurate credit information. It's our commitment to you.

Our review of the Human Trafficking request you submitted is now complete. After a review of your request, we have determined that you have provided an acceptable proof of identity document and trafficking victim determination document. Therefore, we have removed the adverse item(s) of information that you identified as reporting on your credit report as a result of trafficking. Enclosed is a revised copy of your credit report. Please review this report carefully.

If you believe that we have not fully addressed your request and wish to appeal our decision, or if you wish to revise your submission, please send any other relevant information you wish us to consider to P.O. Box 159 Woodlyn, PA 19094.

We have also sent, under separate cover, a copy of investigation results which detail the updates to your credit file discussed above.

If you wish to submit a complaint to the Consumer Financial Protection Bureau (CFPB), you may visit www.consumerfinance.gov/complaint/.



TransUnion is here to help survivors of human trafficking. Please visit www.transunion.com/human-trafficking for more information. Should you have any further questions, please contact us at:

833-982-4057, Monday–Friday 8 a.m. – 7 p.m. Eastern Time, excluding holidays.

P.O. Box 159
Woodlyn, PA 19094

Please have your file number ready  448167562.

## Exhibit I – CFPB Referral Screenshot

 An official website of the United States Government

 **cfpb** Consumer Financial
Protection Bureau
(https://www.consumerfinance.gov/)                                      Start a new complaint

‹ All complaints (.)

# 250728-22682077
CLOSED

## ✅ Submitted

| STATUS | PRODUCT | ISSUE |
|---|---|---|
| Submitted to the CFPB on 7/27/2025 | Credit reporting or other personal consumer reports | Incorrect information on your report |

## We received your complaint. Thank you.

We will review your complaint. Depending on what we find, we will typically:

- Send your complaint to the company for a response; or
- Send your complaint to another state or federal agency, or help you get in touch with your state or local consumer protection office; or
- Let you know if we need more information to continue our work.

---

**YOUR COMPLAINT**

RE #7 ATTEMPT # 7 This is my 7th formal dispute attempt to remove an account falsely placed on my credit file by Eldorado Resorts and reported by Experian. This account was opened while I was under duress and financial coercion as a victim of human trafficking, and I have submitted multiple disputes under FCRA §605B and §605C, including notarized affidavits, supporting documentation, and clear requests for deletion. Experian and Eldorado have ignored or dismissed my disputes and in some cases provided false or misleading responses about the status of the account. Experian continues to report this derogatory tradeline in violation of the 4-day and 30-day legal timelines required by FCRA, despite my credit file being frozen since July 9, 2025. I have filed complaints with multiple Attorneys General, including my own, as well as those for Experian and Eldorado. I've also contacted the Department of Justice, the Department of Business and Industry (Nevada), and the board members of Eldorado Resorts directly. This account must be immediately deleted as it was fraudulently reported and is retraumatizing to myself and others with similar experiences.

**ATTACHMENTS**

| FTC.REPORT.072725.pdf (178.1 KB) | MDA STATE ID.pdf (1.6 MB) | AFFIDAVIT.071525.pdf (31 7 KB) | EXPERIAN LATE180 DAYS REPORT.pdf (143.5 KB) | EXPERIAN FLAG 072525.pdf (377 2 KB) | 6TH.EXPERIAN DISP ETHICS COMM.pdf (75.5 KB) | ETHICS VIOLATION.AF EML.072625.CCNVREC (129.3 KB) |

View full complaint ⊕

## ✅ Referred

| STATUS | REFERRED TO |
|---|---|
| CFPB referred complaint to the Federal Trade Commission (FTC) on 7/27/2025 | Federal Trade Commission |

We referred your complaint to the Federal Trade Commission.

We reviewed your complaint and weren't able to forward it to the company for a response either because the company is not on our complaint system, or because we do not currently handle complaints about this product or issue.

We also entered your complaint into the Consumer Sentinel Network, a secure online database operated by the Federal Trade Commission. Civil and criminal law enforcement authorities worldwide, including Consumer Financial Protection Bureau investigators, use the Consumer Sentinel Network to identify questionable business practices that may lead to investigations and prosecutions.

-----------------------------------------------------------------------------------

### Options to consider

The CFPB can't give legal advice or represent individuals in legal matters. For additional help you can contact a private attorney. Or, contact your local legal aid office to see if free or low-cost legal aid is available to you. Visit the Legal Services Corporation website at lsc.gov (http://www.lsc.govl) to see what's available in your area.

| Privacy Act Statement | Have a question? ¿Preguntas? |
|---|---|
| OMB #3170-0011 | (855) 411-2372 |
| Note on user experience | TTY/TTD: (855) 729-2372 |
| | 8 a.m. to 8 p.m. ET, Monday through Friday (except federal holidays). (https://www.opm.gov/policy-data-oversight/pay-leave/federal-holidays/#url=Overview) |
| | More than 180 languages available. |

An official website of the United States Government

## Exhibit J-1

**Experian Portal Notification – "Dispute Investigation Stopped" Date: July 25, 2025**

This exhibit contains the official notification provided through Experian's consumer portal stating that Plaintiff's dispute was "stopped." No formal written determination was issued, and Experian relied solely on an electronic alert to communicate closure of the dispute.

**Important: Update to your dispute awaiting review, Michael** Inbox ×

**Experian Alerts**
to me ▾



experian

Membership ID# 10016878963798   Sign In

## Hi Michael, your dispute investigation has been stopped

### Account dispute

Experian has stopped the reinvestigation of your dispute because you canceled the dispute, the account no longer appears on your Experian Credit Report, or the account is now reporting the way you requested.

Sign in now

# Exhibit J-2

**Experian Denial Letter – Failure to Provide Victim Documentation Date: July 28, 2025**

This exhibit contains Experian's written denial of Plaintiff's §605C request, citing lack of "victim determination documentation" and inability to confirm identity. This letter demonstrates Experian's failure to comply with the mandatory block and delete provisions of the Fair Credit Reporting Act.



July 28, 2025

Dear Michael Austin:

We have received your request to block information from your credit report under the protections of the Fair Credit Reporting Act, section 605C (FCRA 605C).

Unfortunately, we cannot process your request because:

You did not provide the victim determination documentation, and we cannot reasonably confirm your identity with the identity proof provided.

Please ensure your submission includes all the following so we can process your request:

1. Provide victim determination documentation
    a. Who can provide the Victim Determination?
        i. Federal, State, or Tribal governmental entity that confirms a consumer is a victim of trafficking.
        ii. Non-governmental organizations (NGO) authorized by a Federal, State, or Tribal governmental entity may also make such a determination.
    b. What must the Victim Determination include?
        i. Must confirm that you are a victim of trafficking as determined by court documents. Without court documents, the Victim Determination can also be a signed statement by you, attesting that you are a victim of trafficking, so long as the statement is signed by a Federal, State, or Tribal governmental entity, or a NGO authorized by a Federal, State, or Tribal governmental entity.

Send copies of any documents you wish to provide to us at Experian, P.O. Box 1069, Allen, TX 75013 **OR** Experian, P.O. Box 9701, Allen, TX 75013. Always retain your original documents. You may also submit documents supporting your request electronically at www.Experian.com/upload. We can only accept PDF or TIFF format for upload. You may also contact Experian at 1-833-420-2893 for assistance.

Upon receipt of the above requested information, we will block all related items. All items that fall under the protection of FCRA 605C are permanently blocked.

For additional information about the specific protections or for additional assistance, please go to https://www.experian.com

When you notify Experian of the request to block information from your credit report under the protections of FCRA 605C, we will evaluate the submission in its entirety as required by law. We evaluate the completeness of your submission by considering the following documents:

Proof of Identity

- One copy of a government issued identification card, such as a driver's license, state ID card, or passport.
- One copy of a utility bill, bank, or insurance statement.

Victim determination documents from one of following entities

- documents from courts or from federal, state, local, or tribal governmental entities.
- non-governmental organizations (NGOs) or human trafficking task forces may be able to provide documentation of your status as a victim of trafficking
- a self-attestation, if it is signed by a representative from a governmental entity, court, authorized NGO or human trafficking task force

Identification of adverse information

- must identify the negative information on your credit report that resulted from trafficking. This documentation should include a statement that identifies different debts or items on your credit file that were connected to, or were a result of, trafficking.

If we receive all of these documents from you without deficiencies, we will block the identified items from your credit report within 4 business days of receipt of your completed submission and will send you the results with a copy of your Experian credit report. If we determine your submission is incomplete or contains deficiencies, we will notify you with the additional information that is necessary to complete any incomplete submissions or to correct any deficiencies within 5 business days of receipt of your submission to block any adverse items of information that resulted from trafficking.  Whether or not we receive the additional information to correct the deficiencies from you, we must make a final determination of your request within 25 business days of the receipt of your original submission.

If you have complaints about the process, you may file a complaint about Experian or the company reporting the item, with the Consumer Financial Protection Bureau by visiting https://www.consumerfinance.gov/complaint/or by calling (855) 411-CFPB (2372). You can also contact your State Attorney General's office.

Sincerely,

Senior Regulatory Affairs Associate
Experian Consumer Affairs
833-420-2893

# Exhibit J-3

**Experian Final Determination Letter – Denial under FCRA §605C Date: August 25, 2025**

This exhibit contains Experian's final determination, again refusing to block adverse information. Experian asserts multiple deficiencies ("unable to confirm identity," "no victim determination documentation," "unable to identify adverse items"), despite Plaintiff's notarized affidavits, police report, FTC reports, and other lawful supporting documentation.



Dear Mr. Austin:

August 25, 2025

We are sending this final determination in response to the submission you sent to us requesting that we block certain adverse items of information on your personal credit report under the protections of the Fair Credit Reporting Act, section 605C (FCRA 605C).

This final determination is based on the completeness of your submission and any subsequent notifications of additional information that was needed to permanently block adverse items of information from your personal credit report under FCRA 605C.

We have completed our review of your submission and have determined the following:

■   We were unable to block the items you requested due to the following reasons:

☐   Experian was unable to properly confirm your identity

■   Experian has not received the required Victim Determination Documentation

☐   Experian is unable to identify the adverse items of information in your submission

If you disagree with our determination, you have the right to appeal or revise the determination you previously submitted. Send copies of any documents you wish to provide to us at Experian, P.O. Box 1069, Allen, TX 75013 **OR** Experian, P.O. Box 9701, Allen, TX 75013.

Always retain your original documents.  You may also submit documents supporting your request electronically at Experian.com/upload.  We can only accept PDF or TIFF format for upload.

When you notify Experian of the request to block information from your credit report under the protections of the FCRA 605C, we will evaluate the submission in its entirety as required by law.  We evaluate the completeness of your submission by considering the following documents:

Proof of Identity

- One copy of a government issued identification card, such as a driver's license, state ID card, or passport.
- One copy of a utility bill, bank, or insurance statement.

Victim determination documents from one of following entities

1 | P a g e

- documents from courts or from federal, state, local, or tribal governmental entities.
- non-governmental organizations (NGOs) or human trafficking task forces may be able to provide documentation of your status as a victim of trafficking
- a self-attestation, if it is signed by a representative from a governmental entity, court, authorized NGO or human trafficking task force

Identification of adverse information

- must identify the negative information on your credit report that resulted from trafficking. This documentation should include a statement that identifies different debts or items on your credit file that were connected to, or were a result of, trafficking.

If we receive all of these documents from you without deficiencies, we will block the identified items from your credit report within 4 business days of receipt of your completed submission and will send you the results with a copy of your Experian credit report. If we determine your submission is incomplete or contains deficiencies, we will notify you with the additional information that is necessary to complete any incomplete submissions or to correct any deficiencies within 5 business days of receipt of your submission to block any adverse items of information that resulted from trafficking.  Whether or not we receive the additional information to correct the deficiencies from you, we must make a final determination of your request within 25 business days of the receipt of your original submission.

If you have question regarding the results of our process, you may contact us at 1-833-420-2893 or write to us at the address listed above.

If you wish to contact the data furnishers that are listed on your credit report, please refer to your credit report for their contact information including address, and phone number (if available).

If you have complaints about the process, you may file a complaint about Experian or the company reporting the item with the Consumer Financial Protection Bureau by visiting https://www.consumerfinance.gov/complaint/or by calling (855) 411-CFPB (2372). You can also contact your State Attorney General's office.


Sincerely,

Experian Consumer Affairs